No. 93–70.  OREGON WASTE SYSTEMS, INC., ET AL. *v.* DEPARTMENT OF ENVIRONMENTAL QUALITY OF THE STATE OF OREGON ET AL.; and

No. 93–108.  COLUMBIA RESOURCE CO. *v.* ENVIRONMENTAL QUALITY COMMISSION OF THE STATE OF OREGON.  Sup. Ct. Ore. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993.  Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993.  Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993.  This Court's Rule 29 does not apply.

No. 93–144.  DEPARTMENT OF REVENUE OF MONTANA *v.* KURTH RANCH ET AL.  C. A. 9th Cir.  Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993. This Court's Rule 29 does not apply.

No. 93–180.  BOCA GRANDE CLUB, INC. *v.* FLORIDA POWER & LIGHT CO., INC.  C. A. 11th Cir.  Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993. This Court's Rule 29 does not apply.